# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                Case No.:  2:09-cr-18-FtM-99SPC

KENNETH McKILLIGAN

_____

## ORDER MODIFYING CONDITIONS OF RELEASE

This matter comes before the Court on *sua sponte*.  On April 8, 2009, the Defendant was released on a $100,000 signature bond with additional terms and conditions of release.  The Defendant's travel was restricted as follows:

> Defendant is restricted in travel to the continental United States.  Any travel outside the Continental Untied States must be upon prior approval by the pretrial services officer.  Surrender any passport to the U.S. Pretrial Services Officer, if they have a secured area to hold the passport.  The passport may then be given to the Defendant when traveling outside the United States and returned to that office when the Defendant returns.  If this is not possible, the Defendant may maintain his passport.

It appears the Defendant is currently incarcerated in Taft Correctional Institution, 1500 Cadet Road, Taft, CA 93268 .  As a result, the Defendant's passport should be surrendered to the Clerk's Office for appropriate processing with the Department of State.   Therefore, the Defendant's conditions of release shall be  modified to reflect the surrender of the passport.  The Defendant's ability to apply for a passport will remain unrestricted.

Accordingly, it is now

**ORDERED:**

The Defendant's passport shall be surrendered to the Clerk's office by Pretrial Services. The Defendant's conditions of release regarding travel outside of the United States are amended to reflect

the surrender of the passport.  Further, the Defendant's ability to apply for a passport in the future shall remain unrestricted.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of February, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record